■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHELTON EASON, Appellant. [699 NYS2d 302] —Appeal by the defendant from a judgment of the County Court, Westchester County (Murphy, J.), rendered July 17, 1996, convicting him of criminal possession of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mangano, P. J., Ritter, Joy, McGinity and Smith, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAMIEN EDWARDS, Appellant. [699 NYS2d 306] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Rappaport, J.), rendered November 21, 1994, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The trial court did not improvidently exercise its discretion by denying the defendant's oral request, in the midst of the trial, for a material witness order to secure the appearance at trial of a proposed defense witness (*see, People v Reid,* 156 AD2d 488).

The sentence was not excessive (*see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Ritter, J. P., McGinity, H. Miller and Feuerstein, JJ., concur.